**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00873-CV

**PAUL SULLIVAN, Appellant**

**V.**

**SOUTH SIDE PLAZA 455 LTD, LLP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02889-C**

## ORDER

Before the Court is appellee's July 10, 2013 motion to dismiss the appeal for want of prosecution because appellant had failed to pay the filing fee and had not filed his docketing statement. Our records show that the same day appellee's motion was filed, appellant paid the $175 filing fee and filed his docketing statement. Accordingly, appellee's motion to dismiss is **DENIED**.

/s/   CAROLYN WRIGHT
      CHIEF JUSTICE